UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

$P/F$

-------------------------------x
UNITED STATES OF AMERICA
    -v-

CHRISTINE WANYEE
-------------------------------x

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CASE NUMBER: CR-04-131 (ARR)

ANDREW CARTER, ESQ
16 COURT STREET, 3rd FL.
BROOKLYN, NEW YORK 11241
Defendant's Attorney & Address

THE DEFENDANT:

XXX  pleaded guilty to count one of the indictment.
____  was found guilty on counts         after a plea of not guilty.
    Accordingly, the defendant is ADJUDGED guilty of such count(s), which involve the
following offenses:

| TITLE & SECTION | NATURE & OFFENSE | COUNT NUMBER(S) |
|---|---|---|
| 21 USC 952 | IMPORTATION OF HEROIN. | ONE (1) |

The defendant is sentenced as provided in pages 2 through    of this Judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____  The defendant has been found not guilty on count(s)     and is discharged as
      to such count(s).
XXX  Remaining counts are dismissed on the motion of the United States.
XXX  It is ordered that the defendant shall pay to the United States a special
      assessment of $100.00 which shall be due XXX immediately ____ as follows:

It is further ORDERED that the defendant shall notify the United States Attorney for this
district within 30 days of any change of residence or mailing address until all fines,
restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec # NONE

Defendant's Date of Birth 12/16/52

Defendant's Mailing Address:

GPO 14650

NAIROBI, KENYA

Defendant's Residence Address:

( SAME AS ABOVE )

JULY 29, 2005
Date of Imposition of Sentence

ALLYNE R. ROSS, U.S.D.J.

JULY 29, 2005
Date

A TRUE COPY ATTEST
Date: 7/29/05
ROBERT C. HEINEMANN
CLERK OF COURT
By: _____
DEPUTY CLERK

CVM'

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of time served.

____ The Court makes the following recommendations to the Bureau of Prisons:

____ The defendant is remanded to the custody of the United States Marshal.
____ The defendant shall surrender to the United States Marshal for this district,

        ____ at _____a.m./p.m. on _____
        ____ as notified by the Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

        ____ before 12:00 noon on _____.
        ____ as notified by the United States Marshal.
        ____ as notified by the Probation Office.

### RETURN

I have executed this Judgment as follows:

_____ _____
_____
_____
_____
_____

Defendant delivered on _____ to _____
_____, with a certified copy of this Judgment.

                 _____
                 United States Marshal

            By_____

Defendant:CHRISTINE WANYEE
Case Number:CR-04-131(ARR)

## SUPERVISED RELEASE

    Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.


    While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

1) IF EXCLUDED; DEFT SHALL NOT RE-ENTER THE UNITED STATES ILLEGALLY.
2) DEFT SHALL NOT POSSESS ANY FIREARMS.


\_\_\_\_     The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this
Judgment:

1)  The defendant shall not commit another Federal, state or local crime;

2)  the defendant shall not leave the judicial district without the permission of the
court or probation officer;

3)  the defendant shall report to the probation officer as directed by the court or
probation officer and shall submit a truthful and complete written report within
the first five days of each month;

4)  the defendant shall answer truthfully all inquiries by the probation officer and
follow the instructions of the probation officer;

5)  the defendant shall support his or her dependents and meet other family
responsibilities;

6)  the defendant shall work regularly at a lawful occupation unless excused by the
probation officer for schooling, training, or other acceptable reasons;

7)  the defendant shall notify the probation officer within seventy-two hours of any
change in residence or employment;

8)  the defendant shall refrain from excessive use of alcohol and shall not purchase,
possess, use, distribute, or administer any narcotic or other controlled substance,
or any paraphernalia related to such substances, except as prescribed by a
physician;

9)  the defendant shall not frequent places where controlled substances are illegally
sold, used, distributed, or administered;

10) the defendant shall not associate with any persons engaged in criminal activity,
and shall not associate with any person convicted of a felony unless granted
permission to do so by the probation officer;

11) the defendant shall permit a probation officer to visit him or her at any time at
home or elsewhere and shall permit confiscation of any contraband observed in plain
view by the probation officer;

12) the defendant shall notify the probation officer within seventy-two hours of being
arrested or questioned by a law enforcement officer;

13) the defendant shall not enter into any agreement to act as an informer or a special
agent of a law enforcement agency without the permission of the court;

14) as directed by the probation officer, the defendant shall notify third parties of
risks that may be occasioned by the defendant's criminal record or personal history
or characteristics, and shall permit the probation officer to make such
notifications and to confirm the defendant's compliance with such notification
requirement.

These conditions are in addition to any other conditions imposed by this
Judgment.

Defendant: CHRISTINE WANYEE
Case Number: CR-04-131(ARR)

## FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ 100.00     , consisting
of a fine of $   N/A       and a special assessment of $ 100.00             .

____   These amounts are the totals of the fines and assessments imposed on individual
counts, as follows:

This sum shall be paid ____ immediately
                       ____ as follows:

XXX   The Court has determined that the defendant does not have the ability to
pay any fines, cost of confinement or supervision.

            ____   The interest requirement is waived.
            ____   The interest requirement is modified as follows:

1   circumstances or as a variance.  Her family circumstances are

2   quite tragic.  She's extremely remorseful for what she's done

3   in this country and what she's done, more importantly, to her

4   family.  I think a sentence of time served would be warranted

5   in this case.

6           THE COURT:  I understand the government takes no

7   position with respect to that motion, correct?

8           MS. PETERSON:   I take no position with the family

9   circumstances departure.

10          THE COURT:   Ms. Waynee, is there anything that you

11  would like to say?

12          THE DEFENDANT:  I am very very sorry, your Honor,

13  for what I did, to my family at home.  I'm very sorry.

14          THE COURT:   Let me simply start by saying as I

15  understand it, Ms. Waynee is a level 19 category number one,

16  carrying a guideline of 30 to 37 months; is that right, now

17  that she's received the safety valve?

18          MS. PETERSON:   I thought it was a 21.

19          MR. CARTER:   That was prior to safety valve --

20  actually, no, it is 21.

21          THE COURT:   37 to 46.

22          MR. CARTER:   That's correct.

23          THE COURT:  Let me say that, in fact, given the

24  family circumstances set forth, both in the presentence report

25  and in the motion and in the attachment that a family

SS        OCR        CM        CRR        CSR

1   circumstances departure under the guidelines would be
2   appropriate in this case.  Ms. Waynee, as I understand it, has
3   at least five dependents.  She had cared for her sister who
4   has AIDS, her child, retarded nephew, a son who is at the
5   university and also maternal half brother.  It's clear it's
6   dubious as to how these people are surviving in her absence.
7           She served, as I understand, approximately
8   18 months; is that correct?
9           MR. CARTER:   Yes.
10          THE COURT:   Based on family circumstances,
11  extraordinary family circumstances regarding all of her
12  dependents, I will downwardly depart, even as a guidelines
13  departure, but also appropriate under the statute given the
14  factors governing my determination of an appropriate sentence.
15  I'll sentence her to time served to be followed by a
16  three-year period of supervised release.  Special condition,
17  if excluded, she not illegally reenter the United States.  I
18  make a finding she's unable to pay a fine but I will impose
19  the mandatory $100 special assessment an also prohibit
20  possession of a firearm.
21          Ms. Waynee, let me say I do want to warn you.  I
22  appreciate you're remorseful.  You have spent quite a bit of
23  time in jail.  You have a family that needs you.  Don't this
24  again because you're not going to be shown the same kind of
25  consideration if you ever do this again; do you understand